FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 26 2007

JAMES N. HATTEN, CLERK
By: Deputy Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 25 2007
THOMAS K. KAHN
CLERK

1:06-CV-2305

No. 07-10059-JJ

---

ROZ TRADING LTD,

Petitioner-Appellee,

versus

COCA-COLA COMPANY,

Respondent-Appellant.

---

On Appeal from the United States District Court for the
Northern District of Georgia

---

BEFORE: TJOFLAT, BIRCH and PRYOR, Circuit Judges.

BY THE COURT:

Appellant's motion for stay pending appeal is DENIED.

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit
By: Deputy Clerk
Atlanta, Georgia